Finding no error in the record, the judgment is affirmed.

**HENDRIX v. STATE.**

No. 21408.

Court of Criminal Appeals of Texas.

Jan. 29, 1941.

Roy A. Scott, of Corpus Christi, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of the offense of felony theft, and his punishment was assessed by the jury at two years confinement in the penitentiary.

The record is before this court without statement of facts or bills of exceptions. The indictment and all matters of procedure appear regular.

The judgment is affirmed.